# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 8, 2016

## NO. 03-15-00766-CV

**Dennis Antolik and Victor Antolik, Appellants**

**v.**

**Castle Crown Management, LLC and Victory Cheval Holdings, LLC, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on September 9, 2015. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.